```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

```
_____
                           )
AWILDA PIMENTEL,           )
                           )
        Plaintiff,         )
                           )
                           )
                           )          C.A. NO. 1:23-CV-11005-FDS
v.                         )
                           )
AMGUARD INSURANCE COMPANY, )
                           )
        Defendant.         )
_____)
```

## NOTICE OF APPEAL

Notice is hereby given that AmGuard Insurance Company, the defendant in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order on Cross-Motions for Summary Judgment entered in this action on October 23, 2024.

```
                              AMGUARD INSURANCE COMPANY,
                              By its attorney,

                              /s/ David M. O'Connor
                              _____
                              David M. O'Connor
                              BBO No. 544166
                              O'CONNOR & ASSOCIATES, LLC
                              325 Boston Post Road
                              Sudbury, MA  01776
                              (978) 443-3510
                              doconnor@oconnorllc.com
```

Dated: November 20, 2024

**CERTIFICATE OF SERVICE**

    I hereby certify that this document was e-filed via the PACER filing system and was sent to the U.S.D.C. and plaintiff counsel as indicated below on November 20, 2024.

**Plaintiff Counsel (via email):**
Seth Hochbaum
Tyler O. Casey
REGNANTE STERIO LLP
401 Edgewater Place STE 630
Wakefield, MA 01880
shochbaum@regnante.com
tcasey@regnante.com

**U.S.D.C. for the District of Massachusetts**
**Clerk's Office (via FedEx Priority Overnight):**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

*/s/ David M. O'Connor*
_____
David M. O'Connor