UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AWILDA M. PIMENTEL,<br>  Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br>  Defendant. | )<br>)<br>)<br>)<br>)  <u>Civil Action No. 23-11005-FDS</u><br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF CROSS APPEAL

Pursuant to Fed. R. App. P. 4(a)(3), the plaintiff, Awilda M. Pimentel, hereby cross appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order on Cross-Motions for Summary Judgment entered in this action on October 23, 2024 [Document No. 41].

               AWILDA M. PIMENTEL,
               By her attorney,

               */s/ Seth H. Hochbaum*
               SETH H. HOCHBAUM - BBO NO. 568118
               REGNANTE STERIO LLP
               401 Edgewater Place, Suite 630
               Wakefield, MA 01880-6210
               (781) 246-2525 x 214
               shochbaum@regnante.com

Dated: November 21, 2024

CERTIFICATE OF SERVICE

    By the undersigned signature, I hereby certify that on November 21, 2024, a true and accurate copy of the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF System and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                              */s/ Tyler O. Casey*
                                              TYLER O. CASEY – BBO NO. 681935