# United States Court of Appeals
## For the First Circuit

No. 24-2083

AWILDA PIMENTEL,

Plaintiff - Appellee,

v.

AMGUARD INSURANCE COMPANY,

Defendant - Appellant.

### JUDGMENT

Entered: January 24, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Seth H. Hochbaum
Tyler O. Casey
David Michael O'Connor